MARTIN v. HAMILTON.

(Supreme Court, Appellate Term.   June 28, 1899.)

JUDGMENT—APPEAL.
    Judgment of trial court on the evidence should be affirmed, in absence
of circumstances calling for interference by the appellate court.

Appeal from municipal court, borough of Manhattan, Tenth district.

Action by William R. H. Martin against James G. Hamilton. There was a judgment for plaintiff, and defendant appeals.   Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

John N. Lewis, for appellant.
Shipman, Larocque & Choate, for respondent.

MacLEAN, J.   To this action, brought to recover rent admittedly due according to the terms of a written lease, the defendant urged, as defense, a collateral agreement on the part of the plaintiff to provide store room and suitable bicycle accommodations for the defendant and his family, and its breach.   Upon the evidence introduced, the trial justice rendered judgment in favor of the plaintiff, and, in the absence of circumstances calling for interference by this court, the judgment should be affirmed.

Judgment affirmed with costs.

FREEDMAN, P. J., concurs.

LEVENTRITT, J.   I concur on the ground that only a question of fact is involved, properly determined by the trial justice.